# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

**MARK WRIGHT,** :

    **Plaintiff** :

    **CIVIL ACTION NO. 3:18-1595**

**v.** :

    **(Judge Mannion)**

**Warden R. PERDUE,** *et al.,* :

    **Defendants** :

## ORDER

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED HAT:**

1. Defendants' motion to dismiss Plaintiffs' complaint, (Doc. 27) is **GRANTED**.

2. Plaintiff's complaint is **DISMISSED** without prejudice.

3. Plaintiff's motion for preliminary injunction (Doc. 2) is **DISMISSED** as moot.

4. Plaintiff's discovery motions (Docs. 13, 24, 31) and Defendants' motion for protective order (Doc. 35) are **DISMISSED** as moot.

5. The Clerk of Court is directed to **CLOSE** this case.

6. Any appeal from this order will be deemed frivolous, without probable cause and not taken in good faith.

                                          s/ *Malachy E. Mannion*
                                          **MALACHY E. MANNION**
                                          **United States District Judge**

**DATE:** February 25, 2019
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2018 MEMORANDA\18-1595-01-ORDER.wpd